IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CRUSE STEWART, | ) | 4:12CV3070 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER ON PLAINTIFF'S** |
| KEVIN OURSLAND, | ) | **MOTION TO DISMISS COMPLAINT** |
| | ) | |
| Defendant. | ) | |

This matter is before me on the plaintiff's Motion to Dismiss Complaint, which I liberally construe as a motion for voluntary dismissal filed pursuant to Federal Rule of Civil Procedure 41. (Filing No. 12.) In his motion, Cruse Stewart, the plaintiff, states, "I have decided to wait until I am released from my incarceration to pursue any further action." (*Id.*) The defendant has not yet been served with summons, and I find that voluntary dismissal is warranted under the circumstances. However, I caution Stewart that any future claims must be filed within the applicable statute of limitations.

IT IS THEREFORE ORDERED that:

1. the plaintiff's Motion to Dismiss Complaint (Filing No. 12), construed as a motion for voluntary dismissal, is granted. The plaintiff's claims are dismissed without prejudice; and

2. a separate judgment will be entered in accordance with this memorandum and order.

Dated September 12, 2012.

BY THE COURT

*Warren K. Urbom*

Warren K. Urbom
United States Senior District Judge